July 26, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

ANNA H. AYERS, Appellant

NO. 14-11-00574-CV
V.

TARGET NATIONAL BANK, Appellee

_____

      This cause, an appeal from the judgment in favor of appellee, Target National Bank, signed March 25, 2011, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

      We order appellee, Target National Bank, to pay all costs incurred in this appeal. We further order this decision certified below for observance.